LT

**RECEIVED**
JUL 07 2016 EAA
7-7-16
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Ralph McConnell

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Torres, Jose, E

_____

_____

_____

(Enter above the full name of ALL
defendants in this action. <u>Do not
use "et al."</u>)

Case No: 16 C 5519
(To be supplied by the <u>Clerk of this Court</u>)

**CHECK ONE ONLY:**           **AMENDED COMPLAINT**

✓    **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
     U.S. Code** (state, county, or municipal defendants)

_____  **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
     28 SECTION 1331 U.S. Code** (federal defendants)

_____  **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

    A. Name: Ralph McConnell

    B. List all aliases: none

    C. Prisoner identification number: 20141022228

    D. Place of present confinement: C.C.D.O.C.

    E. Address: Cook County Jail P.O. Box 089002

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

    A. Defendant: Torres, Jose, E

        Title: Chicago Police Officer

        Place of Employment: C.P.D 8th Precinct

    B. Defendant: _____

        Title: _____

        Place of Employment: _____

    C. Defendant: _____

        Title: _____

        Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

   A. Name of case and docket number: 15 C 7413

   B. Approximate date of filing lawsuit: 08-2015

   C. List all plaintiffs (if you had co-plaintiffs), including any aliases: refer to Docket et. al

   D. List all defendants: Thomas J. Dart

   E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): United States District Court ND/ED

   F. Name of judge to whom case was assigned: Honorable Judge Virginia M. Kendall

   G. Basic claim made: Living conditions, Unhealthy in Cook County Department of Corrections

   H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Awaiting Status Hearing possible Settlement

   I. Approximate date of disposition: Status hearing 07/6/2016

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Statement of Claim:

1) The Plaintff, Ralph McConnell, respectfully submit this complaint seeking damages against Jose E. Torres, officer of the Chicago Police Department, star no.#19898.

2) The defendant, Jose E. Torres, acting under color of law, and in compliance with city policy or ordinance, without probable cause, or a reason therefore, and without a warrant, entered into my house, and stated that I was the subject of an Investigative Alert.

3) While no miranda right was given, Plaintiff was searched, aggressively, placed in handcuffs, ushered out to an awaiting Police Cruiser.

4) Plaintiff asked what was he being arrested for? The defendant, Jose E. Torres #19898 said that he was just doing his job.

④

5.) The Plaintiff, Ralph McConnell, committed no crime nor was he in the act thereof, of committing a crime, He was not fleeing from a crime. The Plaintiff, is now in the Cook County dept. of Correction under detainee no.# 20141022228.

⑤

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Wherefore Petioner, Ralph McConnell demands a judgement and damages in the form of monetary damages for the amount of $3,500,000.00 with cost and interest; not to be harassed by said officer and all other and further relief the court deems proper.

VI. The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 6 day of 14, 20 16

Ralph McConnell
(Signature of plaintiff or plaintiffs)

Ralph McConnell
(Print name)

# 20141022228
(I.D. Number)

C.C.D.O.C P.O Box 089002
(Address)