[If you need additional space for ANY section, please attach an additional sheet and reference that section.]


FILED
10/20/2016
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

RECEIVED
SEP 19 2016  AS
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

RALPH McCONNEll #2014-1022228

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

JOSE E TORRES

RAHM EMANUEL

Case No: 16 C 5519
(To be supplied by the Clerk of this Court)

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

CHECK ONE ONLY:      AMENDED COMPLAINT

✓ ___ **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
U.S. Code (state, county, or municipal defendants)

_____ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code** (federal defendants)

_____ **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I. **Plaintiff(s):**

    A. Name: RALPH MCCONNELL

    B. List all aliases: NONE

    C. Prisoner identification number: 2014-1022228

    D. Place of present confinement: COOK COUNTY JAIL

    E. Address: P.O. Box 089002 CHGO., IL 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

    A. Defendant: JOSE E TORRES

    Title: CHICAGO POLICE OFFICER

    Place of Employment: 8TH PRECINCT CHGO. POLICE DEPT.

    B. Defendant: RAHM EMANUEL

    Title: MAYOR OF CITY OF CHICAGO

    Place of Employment: CITY HALL - 121 N LASALLE 4TH FLOOR Chgo., IL 60602

    C. Defendant: _____

    Title: _____

    Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

    A. Name of case and docket number: 15 C 7413

    B. Approximate date of filing lawsuit: 08-2015

    C. List all plaintiffs (if you had co-plaintiffs), including any aliases: N/A

    D. List all defendants: THOMAS J. DART

    E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): NORTHERN DISTRICT OF ILLINOIS (COOK)

    F. Name of judge to whom case was assigned: HONORABLE JUDGE VIRGINIA M. KENDALL

    G. Basic claim made: LIVING CONDITIONS

    H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): STILL PENDING

    I. Approximate date of disposition: EAR HEARING ON 09/16/16

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On October 20th 2014 I was inside my home, about to eat breakfast when Chicago Police Officer, Jose E. Torres entered the premises without a warrant stating that I was the subject of an Investigative Alert. No miranda rights were given and I was searched, handcuffed and ripped from home and transported to the 8th precinct. When I asked Officer Torres what I was being arrested for, his only response was "I'm only doing my job" Out of fear and trepadation and not knowing what was going on or what I was being arrested for, I chose to remain silent. Mayor Rahm Emanuel is well aware of this bogus warrant the Chicago Police Department are using called an "Investigative Alert." The Chicago Police are bypassing the Judicial System on obtaining an official warrant and using something that they have invented to arrest without probable cause. Mayor Rahm Emanuel knows

4

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

that the higher courts have ruled that this Investigative alert is unconstitutional and that the Chicago Police cannot just bypass the Judicial system but yet Mayor Rahm Emanuel continues to allow the Chicago Police Department to use this "make-shift" warrant. If The Higher Courts have ruled and Mayor Rahm Emanuel does not want to hold the Chicago Police Department accountable, then The Mayor of the City of Chicago, Rahm Emanuel needs to be held accountable. Because of this bogus and unconstitutional Investigative alert, I have been detained in the Cook County Jail since the date of this incident.

5

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I would like there to be a Judgement and damages in the form of monetary damages, not to be harassed by said officers and all of any other relief the court deems just and proper.

VI. The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this  Sept.  day of  13 , 20 16

Ralph McConnell
(Signature of plaintiff or plaintiffs)

Ralph McConnell
(Print name)

# 20141022228
(I.D. Number)

C.C.D.O.C.

P.O. Box 089002 Chicago, IL. 60608
(Address)