IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RALPH MCCONNELL, ) | |
| ) | |
| Plaintiff, ) | Case No. 16 CV 5519 |
| ) | |
| v. ) | Judge Samuel Der-Yeghiayan |
| ) | |
| JOSE E. TORRES, J.F. SIKORSKI, ) | |
| A.J. MARTIN, and the CITY OF CHICAGO, ) | |
| ) | |
| Defendants. ) | |

## STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that this matter has been settled pursuant to the Release and Settlement Agreement executed by the parties and, therefore, this cause should be dismissed with prejudice and with each party bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement and the attached Agreed Order of Dismissal.

_____
Patrick Frye
Attorney for Plaintiff, Ralph McConnell
Freeborn & Peters LLP
311 South Wacker Drive, Suite 3000
Chicago, Illinois 60606
(312) 360-6000
Attorney No. 6282907
DATE: 1/10/18

Respectfully submitted,
CITY OF CHICAGO
a Municipal Corporation

EDWARD N. SISKEL
Corporation Counsel
Attorney for City of Chicago
BY:_____
Liza M. Franklin
Deputy Corporation Counsel
30 North LaSalle Street, Suite 900
Chicago, Illinois 60602
(312) 742-0170
Attorney No. 6216088
DATE: 1/10/18

_____
Kathryn Kohls
Assistant Corporation Counsel
Attorney for Defendants,
Jose Torres, Jeremy Sikorski, and Anthony Martin
30 North LaSalle Street, Suite 900
Chicago, Illinois 60602
(312) 744-2837
Attorney No. 6306355
DATE: 1/10/2018

2